```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
―――――――――――――――――――――――――――――

T.A., INDIVIDUALLY AND ON BEHALF OF
M.H.,                                         20-cv-8751 (JGK)

           Plaintiff,          <u>ORDER</u>

    - against -

NEW YORK CITY DEPARTMENT OF
EDUCATION,

           Defendant.
―――――――――――――――――――――――――――――

**JOHN G. KOELTL, District Judge:**

The parties are instructed to file a Rule 26(f) report by **February 5, 2021.**

SO ORDERED.

Dated:　　New York, New York
　　　　　January 20, 2021

                                      /s/ John G. Koeltl
                                        John G. Koeltl
                               United States District Judge