```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
───────────────────────────────────

T.A., INDIVIDUALLY AND ON BEHALF OF
M.H.,                                           20-cv-8751 (JGK)

              Plaintiff,              ORDER

    - against -

NEW YORK CITY DEPARTMENT OF
EDUCATION,

              Defendant.
───────────────────────────────────

**JOHN G. KOELTL, District Judge:**

As discussed during the teleconference held on February 3, 2021, the case is referred to the Magistrate Judge for purposes of settlement. The requirement of a Rule 26(f) report is stayed and the parties should report back to the Court within 7 days following the conclusion of any settlement conferences with the Magistrate Judge.

**SO ORDERED.**

Dated:    New York, New York
            February 3, 2021

                                  /s/ John G. Koeltl
                                    John G. Koeltl
                          United States District Judge